UNITED STATES of America,
Plaintiff—Appellee,

v.

Dante FLORES–BEJAR, Defendant—
Appellant.

No. 06–10493.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 22, 2007.*

Filed Nov. 20, 2007.

John Zachary Boyle, Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Tyrone Mitchell, Esq., Phoenix, AZ, for Defendant–Appellant.

Before: B. FLETCHER, WARDLAW, and IKUTA, Circuit Judges.

MEMORANDUM **

Dante Flores–Bejar appeals from his 63–month sentence imposed after his guilty plea to illegal reentry after deportation, in violation of 8 U.S.C. § 1326(a). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Flores–Bejar's counsel has filed a brief requesting to withdraw as counsel of record and stating there are no grounds for relief.[1] We have provided the appellant an opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Because Flores–Bejar knowingly and voluntarily waived his right to appeal and was sentenced within the terms of the plea agreement, we enforce the waiver and dismiss the appeal. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir. 2000).

Accordingly, counsel's request to withdraw is **GRANTED,** and the appeal is **DISMISSED.**

UNITED STATES of America,
Plaintiff—Appellee,

v.

Larry James JACKSON, Defendant—
Appellant.

No. 06–10515.

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

1. Counsel's brief, citing *Anders v. California,*

Submitted Oct. 22, 2007.*

Filed Nov. 20, 2007.

Matthew Stegman, USSAC—Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

Krista Joy Hart, Sacramento, CA, for Defendant–Appellant.

Before: B. FLETCHER, WARDLAW, and IKUTA, Circuit Judges.

### MEMORANDUM **

Larry James Jackson appeals from his guilty-plea conviction and 70–month sentence imposed for mail fraud and aiding and abetting, in violation of 18 U.S.C. §§ 1341 and 2. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Jackson contends that the district court abused its discretion in denying his motion to withdraw his guilty plea and that the district court erred by not conducting an evidentiary hearing into his allegations that he was coerced into pleading guilty. We disagree.

The district court did not abuse its discretion in denying Jackson's motion to withdraw his guilty plea. *See United States v. Nostratis,* 321 F.3d 1206, 1208–10 (9th Cir.2003). Moreover, the district court was not required to conduct an evidentiary hearing into Jackson's allegations because the district court had sufficient

386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), is construed as a motion to withdraw.

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

evidence to reach an informed decision. *Cf. United States v. Gonzalez,* 113 F.3d 1026, 1028 (9th Cir.1997) (stating that a district court must conduct an inquiry adequate to establish a sufficient basis for reaching an informed decision).

**AFFIRMED.**

**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Francisco Javier MARTINEZ–MARTINEZ, Defendant—Appellant.**

No. 06–10662.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 22, 2007.*

Filed Nov. 20, 2007.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).